UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

       - v. -     :     MISDEMEANOR INFORMATION

JASON CARDENES and     :     07 Cr.
JISEL CORDERO,

     Defendants.

- - - - - - - - - - - - - - - - x

**07 CRIM. 849**

## COUNT ONE

    The United States Attorney charges:

    From in or about September 2006, up to and including in or about February 2007, in the Southern District of New York and elsewhere, JASON CARDENES and JISEL CORDERO, the defendants, being connected in a capacity with a national bank and insured bank, the deposits of which are insured by the Federal Deposit Insurance Corporation, unlawfully, willfully, and knowingly did embezzle, abstract, purloin and willfully misapply moneys and funds of such bank, and moneys, funds, and assets intrusted to the custody and care of such bank, to wit, CARDENES and CORDERO withdrew funds in the custody of Citibank NA, to which they were not entitled, from an automatic teller machine, and in so doing each were responsible for the theft of an amount less than $1,000.

    (Title 18, United States Code, Section 656.)

                              /s/ Michael J. Garcia
                              MICHAEL J. GARCIA
                              United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON CARDENES and
JISEL CORDERO,

Defendants.

Misdemeanor Information
07 Cr. (___)

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

9/4/07 - Deft. Cordero pres. w/atty Francisco Celedonio. AUSA, Randall Jackson, present. Deft. Cordero fld a Consent to proceed before a United States Magistrate Judge in a Misdemeanor plea and enters a guilty plea to Count 1. The court accept the guilty plea to Count 1; case assigned to Judge Eaton for all purposes. PSI Ordered. Sentencing is set for Dec. 13, 2007 at 3:00 P.M. Bail cont as previously set.

A/Eaton, J. U.S.M.J.