# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director and
Attorney-in-Chief

Appeals Bureau
Barry D. Leiwant
Attorney-in-Charge

January 29, 2008

Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     **United States v. Jason Cardenes**
        07 Cr. 849

Dear Judge Ellis:

On January 8, 2008, the Court sentenced Mr. Cardenes to a term of three years of probation. I am writing to request that the Court grant Mr. Cardenes permission to obtain his travel documents and to travel to the Dominican Republic, providing he gives prior notice to his Probation Officer.

The government consents to this request.

Respectfully submitted,

Mark Gombiner
Assistant Federal Defender
Tel.: (212) 417-8718

**SO ORDERED:** 1-30-08

**HONORABLE RONALD L. ELLIS**
United States Magistrate Judge

cc: A.U.S.A. Randall Jackson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/31/08