PROB 12B
(7/93)





# United States District Court
## for the
### Southern District of New York

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cardenes Jason          Docket Number: 07 CR-849-01 (RLE)

Name of Sentencing Judicial Officer: Honorable Ronald L. Ellis, U.S. Magistrate Judge

Date of Original Sentence: January 8, 2008

Original Offense: Bank Theft in violation of 18 USC 656, A class A misdemeanor.

Original Sentence: Three (3) Years Probation.

Type of Supervision: Probation          Supervision Commenced: January 8, 2008

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

**The Defendant Shall Submit His Person, Residence, Office or Vehicle to a Search, Conducted by a United States Probation Officer at Reasonable Time and in a Reasonable Manner, Based upon a Reasonable Suspicion of Contraband or Evidence of a Violation of a Condition of Release; Failure to Submit to a Search May Be Grounds for Revocation, the Defendant Shall Warn Any Other Residents That the Premises May Be Subject to Searches Pursuant to this Condition.**

### CAUSE

This office is respectfully requesting that the releasee's conditions of Probation be modified as mentioned above due to the nature of the instant offense in that he was involved in a scheme in which he and others were involved in repeated deposits of checks unsupported by sufficient funds. These deposits were then followed by atm withdrawals that were executed before Citibank was able to determine the nature of the fraudulent checks. The Probation Department feels that this is an appropriate course of action at this time. In addition, the search condition will serve as a proactive technique that will protect the community in the event of non-compliant behavior.

Cardenes, Jason                      2                      P51367/MB

## SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Mr. Cardenes resides at 35 Mc Clellan Street, apt 3B, Bronx, N.Y. 10452. He resides with his girlfriend/co-defendant Jiselle Cordero and their two children. He is employed as a mechanic with his father-in-law. He reports as directed and has not sustained any new arrests. He has agreed to the modification of his conditions and has waived his right to a hearing by signing Probation Form 49B. (enclosed)

Respectfully submitted,

by *[signature]*

Marcela Bravo
U.S. Probation Officer
(212) 805-5137

Approved By:

*[signature]*          4/2/01

Peter A. Merrigan        Date
Supervising U.S. Probation Officer

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

**THE DEFENDANT SHALL SUBMIT HIS PERSON, RESIDENCE, OFFICE OR VEHICLE TO A SEARCH, CONDUCTED BY A UNITED STATES PROBATION OFFICER AT REASONABLE TIME AND IN A REASONABLE MANNER, BASED UPON A REASONABLE SUSPICION OF CONTRABAND OR EVIDENCE OF A VIOLATION OF A CONDITION OF RELEASE; FAILURE TO SUBMIT TO A SEARCH MAY BE GROUNDS FOR REVOCATION, THE DEFENDANT SHALL WARN ANY OTHER RESIDENTS THAT THE PREMISES MAY BE SUBJECT TO SEARCHES PURSUANT TO THIS CONDITION.**

Witness: _____    Signed: _____
U.S. Probation Officer                             Supervised Releasee

_____1/31/08_____
DATE

Cardenes, Jason                                3                DKT 07 CR-849-01 (RLE)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*Judicial Response*

[X]   Court approves U.S. Probation Officer's modification.

or

[ ]   Other

_____
Signature of Judicial Officer

4-8-08
Date